# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134432

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY WAYNE ROEDER,
      Defendant-Appellant.

SC: 134432
COA: 269785
Marquette CC: 04-042159-FH

_____/

On order of the Court, the application for leave to appeal the June 5, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. Although the trial court improperly instructed the jury that it could consider MRE 404(b) testimony for the limited purpose of judging the believability of the testimony contrary to this Court's explicit instruction in *People v Sabin (After Remand),* 463 Mich 43, 69-70 (2000), defendant has failed to demonstrate prejudicial error where the prosecution presented a strong case against him, and the MRE 404(b) evidence was properly admitted to show defendant's system, plan, or scheme in committing the acts.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

Clerk

d1128